# Horace E. Gunn, Plaintiff-Appellant, v. Montgomery Ward and Company, Inc., Defendant-Appellee.

## Gen. No. 9,892.

I. R. Carter, and R. Z. Hickman, for appellant; Walter T. Gunn, of counsel; John A. Barr, David L. Dickson, and James G. McWaters, for appellee; Allen & Allen, of counsel. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed October 26, 1953; released for publication November 12, 1953.